USDC SCAN INDEX SHEET







MEG    8/25/00    10:07

3:00-CV-00701    GAMMA METRICS INC V. ANALYSER SYSTEMS

*88*

*ANSCNTCLM.*

1  Juanita R. Brooks (# 75934)
   David S. Shuman (# 200406)
2  FISH & RICHARDSON P.C.
   4350 La Jolla Village Drive
3  Suite 500
   San Diego, CA 92122
4  Telephone:   (858) 678-5070
   Fax:         (858) 678-5099
5
   Attorneys for Plaintiff
6  GAMMA-METRICS, INC.



7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10
   | GAMMA-METRICS, INC., a California | 00cv0701 L (LAB) |
   |---|---|
   | corporation, | |
   | Plaintiff, | **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
   | v. | |
   | ANALYSER SYSTEMS COMPANY, INC., a California corporation, | |
   | Defendant. | |

17

18       Plaintiff/Counterclaim Defendant, GAMMA-METRICS, INC. (hereinafter "GAMMA-

19  METRICS"), answers and responds to Defendant, ANALYSER SYSTEMS COMPANY, INC.'s

20  (hereinafter "ASYS"), a California corporation, Counterclaim as follows:

21                              **ANSWER**

22                      JURISDICTION AND VENUE

23       35.    GAMMA-METRICS admits that this Court has subject matter jurisdiction of Claim

24  One (For Declaratory Judgment of Non-Infringement, Invalidity & Unenforceability) pursuant to 28

25  U.S.C. sections 1331 and 1338(a), 35 U.S.C. section 282; and the Federal Declaratory Judgments

26  Act, 28 U.S.C. sections 2201-2202.

27

28  



36. GAMMA-METRICS admits that venue is proper in this Court under 27 U.S.C. sections 13919(c) and 1400(b) for at least the reason that Counterdefendant Gamma-Metrics, Inc. alleges that its principal office and place of business is in this district.

### THE PARTIES

37. On information and belief, GAMMA-METRICS believes that ANALYSER SYSTEMS COMPANY, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business in Escondido, California.

38. GAMMA-METRICS admits it is a corporation organized and existing under the laws of the State of California, with its principal place of business in San Diego, California.

### ALLEGATIONS

### CLAIM ONE

(For Declaratory Judgment of Non-Infringement, Invalidity
and Unenforceability of U.S. Patent No. 4,682,043.)

39. As to paragraph 39 of the Counterclaim, GAMMA-METRICS incorporates by reference its responses to paragraphs 35-38 above.

40. GAMMA-METRICS admits that is has sued ASYS for infringement of U.S. Patent Nos. 4,682,043 and 5,732,115. Therefore, there is a substantial, actual and continuing controversy between counterdefendant GAMMA-METRICS and counterclaimant ASYS as to the infringement, validity, and enforceability of U.S. Patent Nos. 4,682,043 and 5,732,115.

41. GAMMA-METRICS denies that U.S. Patent No. 4,682,043 is not infringed by ASYS.

42. GAMMA-METRICS denies that U.S. Patent No. 5,732,115 is not infringed by ASYS.

43. GAMMA-METRICS denies that each and every claim of U.S. Patent No. 4,682,043 is invalid for failing to meet one or more of the requirements of Ttle 35 of the United States Code, including *inter alia* sections 102, 103 and/or 112.

44. GAMMA-METRICS denies that each and every claim of U.S. Patent No. 5,732,115 is invalid for failing to meet one or more of the requirements of Title 35 of the United States Code, including <u>inter alia</u> sections 102, 103 and/or 112.

45. GAMMA-METRICS denies that U.S. Patent No. 4,682,043 is unenforceable against ASYS due to inequitable conduct, laches, and/or unclean hands of the named inventor, J. Howard Marshall and/or his attorneys for, <u>inter alia</u>, intentional and deceitful withholding of information from the Patent Office material to the patentability of the claims of U.S. Patent No. 4,682,043.

46. GAMMA-METRICS denies that ASYS has a right to a declaration that U.S. Patent No. 4,682,043 is invalid, unenforceable and/or is not infringed.

47. GAMMA-METRICS denies that U.S. Patent No. 5,732,115 is unenforceable against ASYS due to inequitable conduct, laches, and unclean hands of GAMMA-METRICS and/or its attorneys for, <u>inter alia</u>, intentional and deceitful withholding of information from the Patent Office material to the patentability of the claims of U.S. Patent No. 5,732,115.

48. GAMMA-METRICS denies that ASYS has a right to a declaration that U.S. Patent No. 5,732,115 is invalid, unenforceable and/or is not infringed.

## **AFFIRMATIVE DEFENSES**

### First Affirmative Defense

49. The counterclaim and each purported cause of action contained therein fails to allege facts sufficient to constitute a claim or claims upon which relief can be granted.

### Second Affirmative Defense

50. The counterclaim and each and every claim for relief therein is barred by the doctrine of unclean hands.

### Third Affirmative Defense

51. The counterclaim and each and every claim for relief therein is barred by the doctrine of estoppel.

### Fourth Affirmative Defense

52. The counterclaim and each and every claim for relief therein is barred by the doctrine of laches.

### Fifth Affirmative Defense

53. The counterclaim and each and every claim for relief therein as to U.S. Patent No. 5,732,115 is barred by the doctrine of assignor estoppel.

### Sixth Affirmative Defense

54. All actions taken by GAMMA-METRICS in connection with the enforcement of its intellectual property rights were justifiable.

### PRAYER

WHEREFORE, GAMMA-METRICS prays for judgment as follows:

1. That Counterclaim Plaintiff takes nothing by its counterclaim and that the counterclaim be dismissed with prejudice;

2. For costs of suit incurred herein;

3. For reasonable attorneys' fees to the extent allowable; and

4. For such other and further relief as the Court deems just and proper.

Dated: August 17, 2000                    FISH & RICHARDSON P.C.

By: _____
     Juanita R. Brooks

Attorneys for Plaintiff
GAMMA-METRICS, INC.

## PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 4350 La Jolla Village Drive, Suite 500

San Diego, CA 92122. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On August 17, 2000, I caused a copy of the following document(s):

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Richard J. Warburg, Esq.       Attorneys for Defendant
Stephen Korniczky, Esq.      Analyser Systems Company, Inc.
Wesley B. Ames
Brobeck, Phleger & Harrison, LLP
12390 El Camino Real
San Diego, CA 92130-2081

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[X] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

[ ] **EXPRESS MAIL:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service.

[ ] **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1  I declare under penalty of perjury that the above is true and correct. Executed on August 17, 2000, at San Diego, CA.

_____
Wendye Lyn Brick

10047118.doc