USDC SCAN INDEX SHEET

















MEG   10/18/00   10:18

3:00-CV-00701   GAMMA METRICS INC V. ANALYSER SYSTEMS

*99*

*O.*

00 OCT 17 AM 10: 20

S. M. Gomez DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMMA-METRICS, INC., | Civil No. 00cv0701-L(LAB) |
| Plaintiff, | **ORDER RE: DEFENDANT'S SUMMARY JUDGMENT MOTION ON BEST MODE AND CLAIM CONSTRUCTION** |
| v. | |
| ANALYSER SYSTEMS COMPANY, INC., | |
| Defendant. | |

On October 5, 2000, this matter came on for a tutorial regarding the technology at issue in this case.  After having considered the complexity of the technology at issue, conferred with counsel, and good cause appearing, **IT IS HEREBY ORDERED:**

1.   Defendant's motion for summary judgment for invalidity under 35 U.S.C. § 112 for failure to disclose best mode is **CONTINUED** from November 20, to **Friday, December 1, 2000** at 8:30 **a.m.**

2.   In connection with Defendant's summary judgment motion, the Court will conduct a claim construction hearing *but only as to* claim 4(c) of the '043 patent.  Accordingly, the parties

99

1 | should address only claim 4(c) of the '043 patent in their briefs
2 | and at oral argument.

3 |     3.    Defendant may submit a supplemental brief addressing
4 | the construction of the '043 patent's claim 4(c) and whether
5 | Plaintiff is collaterally estopped from presenting claim
6 | construction arguments as to that claim on or before **October 30,**
7 | **2000.**

8 |     4.    Plaintiff's opposition to the summary judgment motion
9 | shall be filed and served **on or before November 14, 2000.**

10 |     5.    Defendant's reply to Plaintiff's opposition shall be
11 | filed and served **on or before November 22, 2000.**

12 |     6.    The parties are limited to one hour each to present
13 | their arguments at the December 1, 2000 hearing.

14 |     7.    After determination of Defendant's summary judgment
15 | motion, the Court will schedule additional dates for claim
16 | construction hearings as to the '115 patent and if necessary, the
17 | other claims of the '043 patent.

18 |              **IT IS SO ORDERED.**

19 | Dated: __10/17/2001__                 _____
20 |                                       M. JAMES LORENZ
                                          UNITED STATES DISTRICT JUDGE

21 | COPY TO:

22 | HON. LARRY A. BURNS
     UNITED STATES MAGISTRATE JUDGE
23 |
     Juanita Brooks
24 | David S. Shuman
     Fish & Richardson P.C.
25 | 4350 La Jolla Village Dr. Suite 500
     San Diego, CA
26 | Ph:  (858) 678-5070
     Fax: (858) 678-5099
27 |
     Richard Warburg
28 | Stephen Korniczky
     Wesley B. Ames

00cv0701

1   Brobeck Phleger & Harrison, LLP
    12390 El Camino Real
2   San Diego, CA  92130-2081
    Ph:  (858) 720-2500
3   Fax: (858) 720-2555

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00cv0701